AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

DONALD GALLIMORE, SR.,

     Petitioner,          JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER: **3:07-cv-00432-LRH-RAM**

DEREK NEUENSCHWANDER, et al.,

     Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that respondents' #13 motion to dismiss is GRANTED. IT IS FURTHER ORDERED that the federal habeas petition is DISMISSED. IT IS FURTHER ORDERED that petitioner's #19 motion for damage reclamation, #21 motion for summary judgment, and #22 motion for release from custody are DENIED.

    December 12, 2008                        **LANCE S. WILSON**
                                                          Clerk

                                                      /s/ Kalani Lizares
                                                         Deputy Clerk